JOSEPH F. EGAN, APPELLANT, v. LA FERA CONTRACTING CO., INC., ETC., RESPONDENT.

Argued October 22, 1947—Decided January 29, 1948.

568

For the appellant, *Abraham M. Herman.*

For the respondent, *Budd & Larner* (*Samuel A. Larner,* of counsel).

574

PER CURIAM.

The judgment under review herein is affirmed, for the reasons expressed in the opinion filed in the Supreme Court.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, BODINE, DONGES, HEHER, COLIE, WACHENFELD, EASTWOOD, BURLING, WELLS, DILL, FREUND, McLEAN, JJ. 13.

*For reversal*—None.